

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　PLAINTIFF<br>　　　　v.<br><br>ERIC HOANG,<br><br>　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>SA11-159M (Dft #1)<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of <u>defense counsel</u>, IT IS ORDERED that a detention hearing is set for <u>April 18</u>, <u>2011</u>, at <u>2:00</u> ☐a.m. / ☒p.m. before the Honorable <u>Marc L. Goldman, United States Magistrate Judge</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or

_____ and produced for the hearing.
　　　　　*(Other custodial officer)*

Dated: __4/8/11__

　　　　　　　　　　MARC L. GOLDMAN

U.S. ~~District Judge~~/Magistrate Judge

---